UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,     )
                              )
          Plaintiff           )      1:05-CR-0484 OWW
                              )
     v.                       )
                              )
JAMES LAMONT HARRIS           )      ORDER FOR RELEASE
                              )
          Defendant           )
_____
```

Defendant James Lamont Harris, is hereby released from the custody of the United States Marshal to Turning Point. An amended judgment will follow.

Dated: 10/3/06                        /s/ Oliver W. Wanger
                                      _____
                                      OLIVER W. WANGER
                                      United States District Judge

1